UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

       Plaintiff,

v.

MICHAEL NICKLAUS and GOLDEN BEAR
REALTY, LLC,

       Defendants.

CASE NO. 9:13-CV-80254
Judge Kenneth L. Ryskamp
Magistrate James M. Hopkins

## DEFENDANT, MICHAEL NICKLAUS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND CIRCUMVENTION

Defendant, Michael Nicklaus ("Nicklaus"), by and through undersigned counsel and pursuant to the applicable Rules of Florida Civil Procedure, hereby files his Answer to Plaintiff's Amended Complaint for Copyright Infringement and Circumvention as follows:

1.     Nicklaus admits that this action purports to arise under the Copyright Act but denies that Plaintiff is entitled to the relief sought.

2.     Nicklaus admits that this Court has subject matter jurisdiction over the alleged claims.

3.     Nicklaus admits that he is subject to personal jurisdiction in Florida.

4.     Nicklaus admits that there is venue in this District.

### THE PLAINTIFF

5.     Nicklaus is without knowledge as to the allegations in paragraph 5, and therefore denies same.

- 2 -

6.      Nicklaus is without knowledge as to the allegations in paragraph 6, and therefore denies same.

7.      Nicklaus is without knowledge as to the allegations in paragraph 7, and therefore denies same.

## THE DEFENDANTS

8.      Nicklaus admits the allegations in paragraph 8, except that the suite number is 205 not 206.

9.      Nicklaus admits the allegations in paragraph 9, except that the suite number is 205 not 206.

10.     Nicklaus admits that he is a licensed real estate broker conducting business in Palm Beach County, Florida but denies all other inferences and characterizations in paragraph 10.

11.     Nicklaus admits the allegations in paragraph 11.

12.     Nicklaus denies the allegations in paragraph 12.

## THE COPYRIGHTED WORKS AT ISSUE

13.     Nicklaus is without knowledge as to the allegations in paragraph 13, and therefore denies same.

14.     Nicklaus is without knowledge as to the allegations in paragraph 14, and therefore denies same.

15.     Nicklaus is without knowledge as to the allegations in paragraph 15, and therefore denies same.

16.     Nicklaus is without knowledge as to the allegations in paragraph 16, and therefore denies same.

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

- 3 -

17.     Nicklaus is without knowledge as to the allegations in paragraph 17, and therefore denies same.

18.     Nicklaus is without knowledge as to the allegations in paragraph 18, and therefore denies same.

19.     Nicklaus is without knowledge as to the allegations in paragraph 19, and therefore denies same.

## INFRINGEMENT AND CIRCUMVENTION BY THE DEFENDANTS

20.     Nicklaus is without knowledge as to the allegations in paragraph 20, and therefore denies same.

21.     Nicklaus is without knowledge as to the allegations in paragraph 21, and therefore denies same.

22.     Nicklaus is without knowledge as to the allegations in paragraph 22, and therefore denies same.

23.     Nicklaus is without knowledge as to the allegations in paragraph 23, and therefore denies same.

24.     Nicklaus denies the allegations in paragraph 24.

25.     Nicklaus denies the allegations in paragraph 25.

26.     Nicklaus is without knowledge as to the allegations in paragraph 26, and therefore denies same.

## COUNT I
## COPYRIGHT INFRINGEMENT
## AGAINST GOLDEN BEAR

27.     Nicklaus incorporates his responses to paragraphs 1 through 26 as if fully set forth herein.

- 3 -

28.     Nicklaus is without knowledge as to the allegations in paragraph 28, and therefore denies same.

29.     Nicklaus is without knowledge as to the allegations in paragraph 29, and therefore denies same.

30.     Nicklaus denies the allegations in paragraph 30.

31.     Nicklaus denies the allegations in paragraph 31.

32.     Nicklaus denies the allegations in paragraph 32.

## COUNT II
## COPYRIGHT INFRINGEMENT
## AGAINST NICKLAUS

33.     Nicklaus incorporates his responses to paragraphs 1 through 26 as if fully set forth herein.

34.     Nicklaus is without knowledge as to the allegations in paragraph 34, and therefore denies same.

35.     Nicklaus is without knowledge as to the allegations in paragraph 35, and therefore denies same.

36.     Nicklaus denies the allegations in paragraph 36.

37.     Nicklaus denies the allegations in paragraph 37.

38.     Nicklaus denies the allegations in paragraph 38.

39.     Nicklaus denies the allegations in paragraph 39.

## COUNT III
## CIRCUMVENTION BY REMOVAL OR ALTERATION OF
## COPYRIGHT MANAGEMENT INFORMATION
## AGAINST GOLDEN BEAR

40.     Nicklaus incorporates his responses to paragraphs 1 through 26 as if fully set forth herein.

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

41.     Nicklaus is without knowledge as to the allegations in paragraph 41, and therefore denies same.

42.     Nicklaus denies the allegations in paragraph 42.

43.     Nicklaus denies the allegations in paragraph 43.

44.     Nicklaus denies the allegations in paragraph 44.

45.     Nicklaus denies the allegations in paragraph 45

## COUNT IV
## CIRCUMVENTION BY REMOVAL OR ALTERATION OF
## COPYRIGHT MANAGEMENT INFORMATION
## AGAINST NICKLAUS

46.     Nicklaus incorporates his responses to paragraphs 1 through 26 as if fully set forth herein.

47.     Nicklaus is without knowledge as to the allegations in paragraph 47, and therefore denies same.

48.     Nicklaus denies the allegations in paragraph 48

49.     Nicklaus denies the allegations in paragraph 49.

50.     Nicklaus denies the allegations in paragraph 50.

51.     Nicklaus denies the allegations in paragraph 51.

WHEREFORE, Defendant, Michael Nicklaus, demands entry of judgment against Plaintiff, including attorneys' fees and costs, together with such other and further relief this Court deems just and proper.

## AFFIRMATIVE DEFENSES

52.     Plaintiff is fails to state a claim for statutory damages and attorneys' fees because the allegedly infringed works were not timely registered with the Copyright Office.

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

53.     Plaintiff is guilty of laches because Plaintiff intentionally delayed bringing the alleged infringement to Nicklaus' attention.

54.     Plaintiff failed to mitigate his damages.

55.     To the extent that Plaintiff suffered any damages, they were caused by his own acts or omissions.

56.     To the extent that Plaintiff suffered any damages, they were caused not by Nicklaus, but rather by third-parties for which Nicklaus has no control or responsibility.

57.     Plaintiff is estopped from asserting and/or has waived any claim of infringement or damages because Plaintiff intentionally delayed bringing the alleged infringement to Nicklaus' attention.

58.     Plaintiff's claim for infringement against Nicklaus based on acts of third-parties fails because Nicklaus did not have the right or ability to supervise the third-parties' actions.

59.     Plaintiff comes to this Court with unclean hands as he has used the claims for alleged infringement to force Nicklaus into using Plaintiff for other services.

60.     Nicklaus reserves the right to seek to amend his affirmative defenses as discovery progresses in this case.

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

CASE NO. 9:13-CV-80254

- 7 -

Respectfully submitted,


/s/ Alice K. Sum
Alice K. Sum
Fla. Bar No. 354510
Email: asum@fowler-white.com

John S. Graham
Fla. Bar No. 52147
Email: jgraham@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:     (305) 789-9201

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

- 8 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alice K. Sum
Alice K. Sum

CASE NO. 9:13-CV-80254

- 9 -

## SERVICE LIST

CASE NO. 9:13-CV-80254

Joel B. Rothman, Esq.
Schneider Rothman IP Law Group
P.O. Box 812182
Boca Raton, FL 33481-2182
E-Mail: joel.rothman@sriplaw.com
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
Attorney for AFFORDABLE AERIAL
PHOTOGRAPHY, INC.

Jerold Schneider, Esq.
Schneider Rothman IP Law Group
P.O. Box 812182
Boca Raton, FL 33481-2182
E-Mail: jerold.schneider@sriplaw.com
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
Attorney for AFFORDABLE AERIAL
PHOTOGRAPHY, INC.

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200