UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:13-CV-80254 RYSKAMP/HOPKINS

AFFORDABLE ARIAL PHOTOGRAPHY, INC.,

     Plaintiff,

v.

MICHAEL NICKLAUS and
GOLDEN BEAR REALTY LLC,

     Defendants.
_____/

## DECLARATION OF ROBERT STEVENS

     I, Robert Stevens being over the age of 21 and duly sworn, hereby affirm with personal knowledge the following facts:

     1.     My name is Robert Stevens.  I am an employee and the principal photographer for AFFORDABLE AERIAL PHOTOGRAPHY INC. ("AAP"), a Florida corporation that provides high-end real estate and aerial photography services to real estate brokers and agents in South Florida.

     2.     Since 2005, AAP has served the needs of real estate professionals by providing high quality interior, exterior and aerial photographs of homes and businesses for use in real estate listings, brochures, advertisements and marketing material. In that time, AAP has developed a well deserved reputation as a trusted source for photographs of real estate in South Florida and beyond.  AAP provides photo shoots to a client's specifications, and also sells images online at its website www.stockimagedepot.com.

3.      I took the photographs that are the subject of this action in the course and scope of my employment with AAP.

4.      Attached hereto as Exhibit A is a list of original photographs that I took while working for AAP on the dates indicated (the "Works").

5.      AAP is the sole owner of the copyrights in and to all the Works.

6.      The Works were either registered with the Copyright Office, or application for registration has been made to the Copyright Office, as indicated in Exhibit A.

7.      I am familiar with GOLDEN BEAR REALTY LLC ("Golden Bear") and its principal MICHAEL NICKLAUS.

8.      AAP never licensed any of the Works to Golden Bear or Nicklaus.

9.      AAP never gave Golden Bear or Nicklaus permission or authority to copy the Works.

10.     Prior to filing the initial Complaint in this case, I visited the Golden Bear website at www.goldenbearhomes.com where I observed certain of the Works displayed on the website without my permission or authority.

11.     Prior to filing the initial Complaint in this case, I visited the website www.trulia.com which displays real estate listings posted to multiple listing services ("MLS") and I observed the Works entitled 151 Sota Drive, Jupiter, Florida displayed in connection with an MLS Golden Bear real estate listing for this property without my permission or authority.

12.     After the initial Complaint in this case was filed, I was informed by my counsel that the attorneys for Golden Bear had represented that they removed all of my photographs that they had copied from the Internet.

13.     After filing the Complaint in this case, I visited the www.goldenbearhomes.com website where I observed certain of the Works displayed on the Golden Bear website without my permission or authority.  Among the Works were 21 photographs entitled 131 Terrapin Trail, Jupiter, Florida that Golden Bear copied and displayed without my permission or authority in connection with its real estate listing for this property.

14.     After filing the Complaint in this case, I visited the Golden Bear Realty page on Facebook on the Internet where I observed certain of the Works displayed on Facebook by Golden Bear without my permission or authority.

15.     After filing the Complaint in this case, I visited the Golden Bear Realty channel on YouTube.com on the Internet at http://www.youtube.com/watch?v=6UvfbKqDIHY where I observed three of the Works displayed in a video that was posted there by Golden Bear without my permission or authority.

16.     After filing the Complaint in this case, I visited the website www.zillow.com which displays real estate listings posted to MLS and I observed one of the Works entitled 151 Sota Drive, Jupiter, Florida displayed in connection with an MLS Golden Bear real estate listing for this property without my permission or authority.

17.     After filing the Complaint in this case, I visited the Golden Bear website and I observed 21 of the Works entitled 131 Terrapin Trail, Jupiter, Florida displayed in connection with a Golden Bear real estate listing for this property without my permission or authority.

I swear, under penalties of perjury of the laws of the United States of America that the

above and foregoing is true and correct.

Robert Stevens

| Evidence | Title of Work / Property Name | Date Created | Date Registered or Applied for Registration | Registration Number | Infringement Discovered Before or After Complaint Filed | Number of Photos Infringed | Where Infringed |
|---|---|---|---|---|---|---|---|
| DE 12-3 | 2731 Sheltingham Drive Wellington | 2009 | 03/13/13 | VA 1-850-332 | Before | 1 | Golden Bear Website |
| DE 12-3 | 116 Terrapin Trail Jupiter | 2009 | 03/22/13 | VA 1-851-251 | Before | 1 | Golden Bear Website |
| DE 12-3 | Trump Plaza West Palm Beach | 2010 | 03/13/13 | VA 1-850-333 | Before | 1 | Golden Bear Website |
| DE 12-3 | Downtown West Palm Beach | 2005 | 03/13/13 | VA 1-850-334 | Before | 1 | Golden Bear Website |
| DE 12-3 | 801 South County Road Palm Beach | 2007 | 03/13/13 | VA 1-850-338 | Before | 1 | Golden Bear Website |
| DE 12-3 | 820 South Ocean Blvd. Palm Beach | 2007 | 03/13/13 | VA 1-850-338 | Before | 1 | Golden Bear Website |
| DE 12-3 | 131 East Inlet Drive Palm Beach | 2007 | 03/13/13 | VA 1-850-338 | Before | 1 | Golden Bear Website |
| DE 12-3 | 780 South Ocean Blvd. Palm Beach | 2006 | 03/13/13 | VA 1-850-341 | Before | 1 | Golden Bear Website |
| DE 12-3 | 293 South Beach Rd. Jupiter Island | 2008 | 03/13/13 | VA 1-850-339 | Before | 1 | Golden Bear Website |
| DE 12-3 | 115 South Beach Rd. Jupiter Island | 2008 | 03/13/13 | VA 1-850-339 | Before | 1 | Golden Bear Website |
| DE 12-3 | 15491 Estancia Lane Wellington | 2008 | 03/13/13 | VA 1-850-339 | Before | 1 | Golden Bear Website |
| DE 12-3 | 11724 Cardena Court Palm Beach Gardens | 2012 | 03/13/13 | VA 1-850-336 | Before | 1 | Golden Bear Website |
| DE 12-4 | 151 Sota Drive Jupiter | 2011 | 03/22/13 | VA 1-851-257 | Before | 9 | MLS |
| DE 12-3 | Downtown West Palm Beach | 2005 | 03/13/13 | VA 1-850-334 | Before | 1 | Facebook |
| EX 1 | 221 River Drive, Tequesta | 2013 | Applied for | | After | 1 | Facebook |
| EX 2 | 18989 SE Windward Island Way | 2010 | Applied for | | After | 1 | Golden Bear Website |
| EX 3 | 12551 Tillinghast Circle, N. Palm Beach | 2012 | Applied for | | After | 1 | Facebook |



*EXHIBIT A*

| Evidence | Title of Work / Property Name | Date Created | Date Registered or Applied for Registration | Registration Number | Infringement Discovered Before or After Complaint Filed | Number of Photos Infringed | Where Infringed |
|---|---|---|---|---|---|---|---|
| EX 4 | Mirabella Community | 2010 | Applied for | | After | 1 | Facebook |
| EX 5 | Downtown West Palm Beach | 2005 | 03/13/13 | VA 1-850-334 | After | 1 | Facebook |
| EX 6 | 1220 S Ocean Blvd., Palm Beach | 2010 | Applied for | | After | 1 | YouTube |
| EX 6 | 515 N County Road, Palm Beach | 2006 | Applied for | | After | 1 | YouTube |
| EX 6 | 211 Jungle Road, Palm Beach | 2009 | Applied for | | After | 1 | YouTube |
| EX 7 | 151 Sota Drive, Jupiter | 2011 | 03/22/13 | VA 1-851-257 | After | 1 | MLS |
| EX 8 | One Watermark Place, West Palm Beach | 2009 | Applied for | | After | 1 | Facebook |
| EX 9 | 12551 Tillinghast Circle, N. Palm Beach | 2012 | Applied for | | After | 1 | Facebook |
| EX 10 | 131 Terrapin Trl, Jupiter, FL | 2012 | Applied for | | After | 21 | Golden Bear Website |
| EX 11 | 473 N County Rd., Palm Beach | 2008 | Applied for | | After | 1 | Golden Bear Website |
| EX 12 | 7940 Cranes Pointe Way, W Palm Beach | 2012 | Applied for | | After | 1 | Facebook |
| EX 13 | Mirabella Community | 2010 | Applied for | | After | 1 | Golden Bear Website |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |