

**Golden Bear Realty** shared a link.
April 3

Linda Gallant and Beth Hanlon just sold 8 Country Club Dr in Tequesta for $615,000. Great job ladies!http://www.goldenbearhomes.com/tequesta-country-club.php



**Tequesta Country Club Homes for Sale | Tequesta Real Estate**
www.goldenbearhomes.com

Tequesta Country Club homes for sale. View all the Tequesta real estate listings in Tequesta Country Club. Presented by Golden Bear Realty.

Like · Comment · Share      3 4

 **Golden Bear Realty** shared a link.
 April 5

Steve Hart just sold 8 Tradewinds Cir in Tequesta for $315,000 http://www.goldenbearhomes.com/tequesta.php



**Tequesta Real Estate | Golden Bear Realty**
www.goldenbearhomes.com

Search and browse all real estate in Tequesta. Offering luxury condos and homes for sale in Tequesta, Florida - Presented by Golden Bear Realty.

Like · Comment · Share


**Golden Bear Realty** shared a link.
April 8

Congratulations Steve Hart on another successful closing! 8 Tradewinds Cir in Tequesta sold for $315,00http://www.goldenbearhomes.com/tequesta.php



**Tequesta Real Estate | Golden Bear Realty**
www.goldenbearhomes.com

Search and browse all real estate in Tequesta. Offering luxury condos and homes for sale in Tequesta, Florida - Presented by Golden Bear Realty.

Like · Comment · Share     1